1
2
3
4
5
6
7

SUPERIOR COURT OF WASHINGTON
IN AND FOR KING COUNTY

8  NINA VARGHIS, individual,  )
9                             )  NO. 18-2-27011-1 SEA
              Plaintiff,      )
10 v.                          )  COMPLAINT FOR PERSONAL INJURY
                              )
11 APPLE INC., a California corporation, )
                              )
12            Defendant.      )
                              )
13

14 Plaintiff states:

15    1.   The above-entitled court properly has jurisdiction over this cause.

16    2.   Plaintiff Nina Varghis is a resident of King County, Washington.
17
      3.   Defendant APPLE INC. is a California corporation doing business in Washington
18
   State. It is subject to the jurisdiction of the above-entitled court.
19
20    4.   On or about November 26, 2015, an Apple laptop's battery owned by Plaintiff
21
   vented causing Plaintiff personal injuries. It is a "manufacturer" and "product seller" as those
22
   terms are defined by Chapter 7.72 RCW. At all times relevant it was doing business in the State
23
   of Washington. It is subject to the jurisdiction of the above-entitled court.
24
      5.   The subject laptop battery was defectively designed, manufactured, sold or
25
26 maintained in that there are reasonable safer alternative designs and because the performance of

COMPLAINT - 1

LOPEZ & FANTEL
2292 W. Commodore Way, Suite 200
Seattle, WA 98199
206.322.5200

the battery did not meet consumer expectation of safety in violation of RCW 7.72.030(1)(a) and RCW 7.72.030(3).

6. The subject laptop battery was defectively designed, manufactured, sold or maintained because there were no premanufacurer or post manufacturer warnings in violation of RCW 7.72.030(b) and RCW 7.72.030(c).

7. Plaintiff's injuries were the direct and proximate result of the defects described above as well as Defendant's negligence.

8. As a direct and proximate result of the negligence, defects and violations of Chapter 7.72 RCW described above, Plaintiff has suffered, and in the future will suffer, injury, including but not limited to, physical injury, financial loss, pain and suffering, mental anguish, emotional distress, medical costs and expenses, and other damages to be identified and proved at trial.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. For general damages suffered to date and in the future;

2. For medical costs and expenses incurred to date and in the future;

3. For financial loss suffered to date and in the future;

4. For additional foreseeable costs and expenses incurred to date and in the future;

5. For costs and disbursements herein to be taxed; and

6. For such other and further relief as the court may deem just and appropriate.

9. The incident described in paragraph 4 was directly and proximately caused by the negligence of Defendant.

COMPLAINT - 2

LOPEZ & FANTEL
2292 W. Commodore Way, Suite 200
Seattle, WA 98199
206.322.5200

DATED this 25 day of October, 2018.

                              LOPEZ & FANTEL, INC. P.S.

                              _____
                              Carl A. Taylor Lopez, WSBA No. 6215
                              Of Attorneys for Plaintiff

COMPLAINT - 3