The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINA VARGHIS, individual,<br><br>                            Plaintiff,<br><br>                  vs.<br><br>APPLE INC., a California corporation,<br><br>                           Defendant. | NO. 2:19-CV-1136-JLR<br><br>STIPULATED MOTION TO AMEND MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES<br><br>**Note on Motion Calendar:**<br>**May 14, 2020** |

## I.   INTRODUCTION

Plaintiff Nina Varghis and Defendant Apple Inc., by and through their respective attorneys of record, respectfully submit this Stipulated Motion to Amend the Minute Order Setting Trial Date and Related Dates entered on August 26, 2019 (Dkt. No. 11) pursuant to LCR 7(d)(1) and 10(g).  The Parties agree that additional time is necessary to properly prepare this matter for trial.

The Parties stipulate to a continuance of the trial date from January 11, 2021, to May 3, 2021, or if that date is not available, to a later date of the Court's choosing.  The Parties stipulate to continue related deadlines for expert disclosures, discovery motions, discovery completion, dispositive motions, and trial-related deadlines in accordance with the continued trial date.  The

STIPULATED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE
AND RELATED DATES
NO. 2:19-CV-1136-JLR

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1583019/051420 1010/8601-0001

Parties stipulate to maintain the deadlines for joining additional parties and for amending the pleadings as set forth in the August 26, 2019 Minute Order.

## II.  STATEMENT OF FACTS

On November 2, 2018, Plaintiff filed a Complaint against Defendant in King County Superior Court. *See Plaintiff's Complaint*, Dkt. No. 2-1 at pp. 4-6. On June 28, 2019, the Parties stipulated to a trial continuance in state court to allow additional time for discovery and potential resolution. *Stipulated Motion and Order Amending Case Schedule*, Dkt. No. 2-1 at pp. 28-32.

On July 23, 2019, Defendant removed the matter to this Court. Dkt. No. 1. This Court issued a Minute Order Setting Trial Date and Related Dates, scheduling trial for January 11, 2021. Dkt. No. 11. Under the Minute Order, expert disclosures are due on July 15, 2020, and discovery must be completed by September 14, 2020. *Id.* Dispositive motions are due for filing by October 13, 2020. *Id.*

## III.  LEGAL STANDARD

The Court has discretion to control the sequence and timing of discovery and to impose limitations or conditions on that discovery, including expert discovery. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 593 n.13 (2007); FRCP 26(a)(2)(D). A scheduling order may be modified upon a showing of good cause. FRCP 16(b)(4).

The most important factor in determining whether to modify a scheduling order is whether the party seeking the modification diligently worked to meet the initial deadline. FRCP 16 advisory committee's note to 1983 amendment; *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment."); *see also In re W. States Wholesale Natural Gas Antitrust Litig.*, 715 F.3d 716, 737 (9th Cir. 2013) (citing *Johnson* and holding that while the court may take into account prejudice, the primary consideration is diligence). "The district

STIPULATED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE
AND RELATED DATES
NO. 2:19-CV-1136-JLR

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1583019/051420 1010/8601-0001

court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson*, 975 F.2d at 609 (citations omitted).

### IV.  ARGUMENT

The Parties have proceeded diligently but believe that additional time is necessary to complete discovery and prepare for the case for trial in light of recent events outside of the Parties' control.

This is the first continuance of the trial date requested by the Parties since removal to this Court, and the second trial continuance during the pendency of this lawsuit. This continuance is requested to allow the Parties additional time to complete discovery and to provide sufficient time for further settlement discussion and mediation of this matter as a result of the impact of the COVID-19 pandemic on efforts to conduct discovery over the last two months.

At the time of this filing, the Parties have engaged in discovery, including but not limited to propounding interrogatories and document requests, seeking medical records, and taking plaintiff's deposition. The Parties agree that additional time is needed for discovery, including taking the depositions of plaintiff's treating physicians, expert discovery, and potential resolution, all of which unexpectedly have been impacted by the COVID-19 pandemic. While Defendant has scheduled the deposition of one of Plaintiff's treating physicians, the Parties likely will need to continue the same in light of the extended shelter-in-place order to end of May 2020. Further, Defendant has not been able to serve Plaintiff's second treating physician and continues to attempt to do so despite the difficulties the pandemic has raised. This fact witness discovery is necessary to prepare the Parties' expert discovery.

The Parties further agree that continuing this matter is in the best interests of the Parties, and this Court, as it may allow the opportunity for this matter to resolve rather than result in trial.

STIPULATED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE
AND RELATED DATES
NO. 2:19-CV-1136-JLR

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1583019/051420 1010/8601-0001

## V.   CONCLUSION

Based on the foregoing, it is further stipulated and requested that this Court amend the Minute Order Setting Trial Date and Related Dates accordingly.

DATED this 14th day of May 2020.

| LOPEZ & FANTEL, INC. P.S. | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| By  *s/ Carl A. Taylor Lopez*<br>    Carl A. Taylor Lopez, WSBA #6215<br>Lopez & Fantel, Inc. P.S.<br>2292 W. Commodore Way, Suite 200<br>Seattle, WA  98199<br>Telephone: (206) 322-5200<br>E-mail: clopez@lopezfantel.com<br>Attorney for Plaintiff | By  */s Christopher W. Tompkins*<br>By  */s Natasha A. Khachatourians*<br>    Christopher W. Tompkins, WSBA #11686<br>    Natasha A. Khachatourians, WSBA #42685<br>Betts, Patterson & Mines, P.S.<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle WA  98101-3927<br>Telephone: (206) 292-9988<br>E-mail: ctompkins@bpmlaw.com<br>E-mail: nkhachatourians@bpmlaw.com<br>Attorneys for Defendant Apple Inc.<br><br>SCHIFF HARDIN LLP<br><br>By  *s/ Steven E. Swaney*<br>Steven E. Swaney, CA Bar #221437<br>*Admitted Pro Hac Vice*<br>Schiff Hardin LLP<br>4 Embarcadero Center, Suite 1350<br>San Francisco, CA 94111<br>Telephone: (415) 901-8700<br>E-mail: sswaney@schiffhardin.com<br>Attorney for Defendant Apple Inc. |

STIPULATED MOTION TO AMEND
MINUTE ORDER SETTING TRIAL DATE
AND RELATED DATES
NO. 2:19-CV-1136-JLR

- 4 -

**Betts
Patterson
Mines**
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1583019/051420 1010/8601-0001

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINA VARGHIS, individual,<br><br>                Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>                Defendant. | NO. 2:19-CV-1136-JLR<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES<br><br>**Note on Motion Calendar:**<br>**May 14, 2020** |

THIS MATTER having come before the undersigned upon the foregoing stipulation of the Parties, and this Court having been fully advised;

IT IS HEREBY ORDERED that the trial date in this matter is continued from January 11, 2021, to  August 23, 2021 . A new case schedule shall be issued conforming to the new trial date.

DONE IN OPEN COURT this  15th  day of  May  2020.

_____
James L. Robart
United States District Judge

ORDER GRANTING STIPULATED MOTION TO AMEND MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES - NO. 2:19-CV-1136-JLR

- 1 -

1583167/051420 1010/8601-0001